IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JESSE JAMES SNIDER, Inmate #501505,**  )
)
**Plaintiff,**  )
)
vs.  ) CIVIL NO. 06-302-GPM
)
**ALTON POLICE DEPARTMENT, et al.,**  )
)
**Defendants.**  )

# ORDER

**MURPHY, Chief District Judge:**

Currently pending before the Court are Plaintiff's motions to appoint counsel (Doc. 3) and for acceptance of his non-conforming complaint (Doc. 4).

When deciding whether to appoint counsel, the Court must first determine if a *pro se* litigant has made reasonable efforts to secure counsel before resorting to the courts. *Jackson v. County of McLean*, 953 F.2d 1070, 1072 (7th Cir. 1992). Plaintiff makes no showing that he has attempted to retain counsel. Therefore, the Court finds that appointment of counsel is not warranted at this time. Accordingly, Plaintiff's motion for appointment of counsel (Doc. 3) is **DENIED**.

Plaintiff also requests that the Court accept his complaint without the required number of copies. This motion (Doc. 4) is **GRANTED**.

**IT IS SO ORDERED.**

DATED: 01/29/07

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
Chief United States District Judge