IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JESSE JAMES SNIDER, Inmate #501505,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**ALTON POLICE DEPARTMENT,** )<br>**BOB CHURCHICH, TERRY LANE, and** )<br>**UNKNOWN PROPERTY ROOM** )<br>**OFFICERS,** )<br>)<br>**Defendants.** ) | **CIVIL NO.  06-302-GPM** |

# ORDER

**MURPHY, Chief District Judge:**

On July 19, 2006, the Clerk received a notice from the Missouri Department of Corrections that Plaintiff Jesse James Snider is now deceased.  That letter has been construed as a suggestion of death (Doc. 10).

**IT IS HEREBY ORDERED** that, pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, any successors or representatives of Plaintiff's estate shall file a motion for substitution of parties within **NINETY (90) DAYS** of the date of entry of this order.

**IT IS FURTHER ORDERED** that if no successor or representative files such a motion within the allotted time, this action shall be dismissed with prejudice.

**IT IS SO ORDERED.**

DATED:  01/30/07

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge