IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JESSE JAMES SNIDER, Inmate #501505,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 06-302-GPM |
| | ) |
| **ALTON POLICE DEPARTMENT,** | ) |
| **BOB CHURCHICH, TERRY LANE, and** | ) |
| **UNKNOWN PROPERTY ROOM** | ) |
| **OFFICERS,** | ) |
| | ) |
| **Defendants.** | ) |

# JUDGMENT

On July 19, 2006, the Clerk of Court received a notice from the Missouri Department of Corrections that Plaintiff Jesse James Snider is deceased; that letter was construed as a suggestion of death. On January 30, 2007, the Court directed any successors or representatives of Plaintiff's estate to file a motion for substitution of parties within ninety days. No such motion has been filed within the allotted time, and the Court therefore has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed for failure to prosecute this action. Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

05/16/07                                                         By: s/ G. Patrick Murphy
*Date*                                                                   *District Judge*